**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:    Shayna Epps v. Caston  DeBoise

Appellate case number:    01-16-00285-CV

Trial court case number:    2010-45732

Trial court:    247th District Court of Harris County

The motion for rehearing filed by Shayna Epps is DENIED.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
Acting for the Court

Panel consists of Justices Jennings, Higley, and Massengale.

Date:  December 21, 2017